IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JAMES L. WILLIAMS                                                                                    PLAINTIFF

VS.                                                                    CIVIL ACTION NO. 3:16-CV-37-SA-SAA

WAL-MART STORES, INC.                                                                             DEFENDANT

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for consideration on the *ore tenus* motion of Plaintiff, JAMES L. WILLIAMS, through his attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, the Court, understanding that counsel for Defendants, Wal-Mart Stores, Inc. and Wal-Mart Stores East, LP, joins in with this motion, finds that the relief requested is well founded and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED, that the herein styled and numbered cause be, and the same hereby is dismissed with prejudice.

SO ORDERED, this the 20th day of June, 2017.

                         /s/ Sharion Aycock
                         UNITED STATES DISTRICT COURT JUDGE

APPROVED AND AGREED:

| *s/ Thomas M. Louis* | *s/ Joyce Freeland* |
|---|---|
| Thomas M. Louis (MSB #8484) | Joyce Freeland (MSB #102183) |
| Dorissa S. Smith (MSB #104541) | Freeland Law Firm |
| Wells Marble & Hurst, PLLC | P. O. Box 269 |
| P. O. Box 131 | Oxford, MS 38655 |
| Jackson, MS 39205-0131 | *Attorney for Plaintiff* |
| *Attorneys for Defendant* | |